**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Raymond E. Brown, Esq. (SBN 164819)
Kimberly R. Arnal, Esq. (SBN 200448)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>  Plaintiff,<br><br>  v.<br><br>ANDERSON HOMES, a California corporation; and DOES 1 through 10 inclusive,<br><br>  Defendants. | Case No. 2:15cv-00357-JAM-EFB<br><br>**JOINT STIPULATION AND ORDER TO EXTEND ANDERSON HOMES' TIME TO RESPOND TO TRAVELERS' COMPLAINT TO NOVEMBER 17, 2015** |

1

CASE NO.: 2:15-cv-00357-JAM-EFB
**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ANDERSON HOMES' TIME TO RESPOND TO TRAVELERS' COMPLAINT TO NOVEMBER 17, 2015**

Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("TRAVELERS") and Defendant ANDERSON HOMES, INC. ("ANDERSON HOMES") hereby stipulate and agree to allow defendant ANDERSON HOMES an extension of an additional 14 days (in addition to the prior extensions (three) of 176 days) of time, until November 17, 2015, to answer, appear, or otherwise reply to TRAVELERS' complaint based on developments that will likely result in the complete dismissal of this action.

1. WHEREAS, TRAVELERS filed the present action on February 12, 2015 (Dckt No. 1);

2. WHEREAS, ANDERSON HOMES' was served on April 20, 2015 (Dckt No. 7) and its answer was originally due on May 11, 2015;

3. WHEREAS, TRAVELERS and ANDERSON HOMES previously stipulated to extend the time for ANDERSON HOMES to answer, appear, or otherwise reply to TRAVELERS' complaint to August 28, 2015 (Dckt No. 9);

4. WHEREAS, TRAVELERS and ANDERSON HOMES previously stipulated to extend the time for ANDERSON HOMES to answer, appear, or otherwise reply to TRAVELERS' complaint to October 27, 2015 (Dckt No. 10);

5. WHEREAS, TRAVELERS and ANDERSON HOMES previously stipulated to extend the time for ANDERSON HOMES to answer, appear, or otherwise reply to TRAVELERS' complaint to November 3, 2015;

6. WHEREAS, the present matter involves a coverage dispute arising out of an Underlying Action entitled *Strange, et al., v. Anderson Homes, et al.*, San Joaquin County Superior Court Case No. 39-2013-00302817-CU-CD-STK ("Underlying Action");

7. WHEREAS, as part of ongoing mediation efforts in the Underlying Action, parties to the Underlying Action and TRAVELERS participated in a mediation on October 23, 2015;

8. WHEREAS, following the October 23, 2015 mediation, the mediator

contacted TRAVELERS' counsel and indicated he believes the Underlying Action can be resolved if this action is included in a global settlement agreement and communicated to TRAVELERS' counsel an offer from ANDERSON HOMES to resolve this action;

9. WHEREAS, on November 2, 2015, TRAVELERS' counsel communicated an offer to resolve this action to ANDERSON HOMES' counsel;

10. WHEREAS, ANDERSON HOMES has requested additional time to respond to TRAVELERS' November 2, 2015 offer;

11. WHEREAS, an extension of 14 days will allow the parties and the mediator time to resolve both this action and the Underlying Action;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the new deadline for ANDERSON HOMES to answer, appear, otherwise reply to TRAVELERS' Summons and Complaint is November 17, 2015.

Dated: November 3, 2015        **THE AGUILERA LAW GROUP, APLC**

  /s/ Kim Arnal
    A. Eric Aguilera, Esq.
    Raymond E. Brown, Esq.
    Kimberly R. Arnal, Esq.
  Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: November 3, 2015        **CLAPP MORONEY VUCINICH BEEMAN SCHELEY, APLC**

  /s/ Adrienne Nordstrom
    Adrienne E. Nordstrom, Esq.
  Attorneys for Defendant ANDERSON HOMES

3

CASE NO.: 2:15-cv-00357-JAM-EFB
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ANDERSON HOMES' TIME TO RESPOND TO TRAVELERS' COMPLAINT TO NOVEMBER 17, 2015

ORDER

Good cause having been shown, the Court grants the parties' request for an extension of time for defendant ANDERSON HOMES, INC. to answer, appear, otherwise reply to TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S Summons and Complaint to November 17, 2015.

IT IS SO ORDERED.

Dated: November 3, 2015

       /s/ John A. Mendez
       Hon. John A. Mendez
       U. S. District Court Judge

4

CASE NO.: 2:15-cv-00357-JAM-EFB

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ANDERSON HOMES' TIME TO RESPOND TO TRAVELERS' COMPLAINT TO NOVEMBER 17, 2015**